UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT MARIEN,

    Plaintiff,

v.                                           Case No. 3:17-cv-1370-J-20JBT

REPUBLIC BANK & TRUST CO.,
d/b/a ELASTIC

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' "Joint Motion to Compel Arbitration and Dismiss Case" (Dkt. 10). The parties agree that the present matter is subject to arbitration and request that the case be dismissed without prejudice.

Accordingly, it is hereby **ORDERED**:

1. The parties' "Joint Motion to Compel Arbitration and Dismiss Case" (Dkt. 10) is **GRANTED**;

2. Plaintiff's claims are hereby **DISMISSED without prejudice**; and

3. The Clerk is directed to **CLOSE** this case.

DONE AND ENTERED at Jacksonville, Florida, this 20 day of March, 2018.

                                                        HARVEY E. SCHLESINGER
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
Austin James Griffin, Esq.
Max H. Story, Esq.
Lauren Marie Reynolds, Esq.
Reid Stephens Manley, Esq.